UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAYA LENAY,<br><br>            Plaintiff,<br><br>    v.<br><br>ROSS HUNTER, et al.,<br><br>            Defendants. | Case No. 3:25-cv-05743-JLR-TLF<br><br>ORDER TO SHOW CAUSE |

Plaintiff, represented by counsel, initiated this lawsuit pursuant to 42 U.S.C. 1983 on August 22, 2025. Dkt. 1. The time for serving the summonses and Complaint expired on November 20, 2025, 90 days after the Complaint was filed. *See* Fed. R. Civ. P. 4(m). At this time, no proof of service has been filed. *See id*. at 4(l); *see also* Docket. Further, no attorney has entered an appearance on behalf of defendants. Plaintiff is ordered to show cause why the undersigned should not recommend that this case be dismissed without prejudice for failure to timely serve. *See* Fed. R. Civ. P. 4(m). Plaintiff must show cause on or before December 19, 2025.

Dated this 3rd day of December, 2025.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER TO SHOW CAUSE - 1