The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

CAYA LENAY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ROSS HUNTER, an individual, JASON ALDANA, an individual,

Defendants.

No. 3:25-cv-05743-JLR-TL

DECLARATION OF DANIELLE ROGOWSKI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Danielle Rogowski, declare as follows:

1.      I am over the age of 18, and am one of the attorneys representing Defendants Ross Hunter and Jason Aldana, in the above-captioned matter. I am otherwise competent to testify as to all matters herein, and make the following statements based on my own personal knowledge.

2.      Attached as Exhibit A is a true and correct copy of the Complaint filed in *Caya Lenay, et.al. v. Green Hill School,* Thurston County Superior Court Case No. 25-2-03277-34.

3.      Attached as Exhibit B is a true and correct copy of the Case Scheduling Order filed in *Caya Lenay, et.al. v. Green Hill School,* Thurston County Superior Court Case No. 25-2-03277-34. Trial in this matter is currently scheduled for April 17, 2028.

4.      Attached as Exhibit C is a true and correct copy of the Motion for

DECLARATION OF DANIELLE ROGOWSKI IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS - 1
3:25-cv-05743-JLR-TL
1039-00081/795396

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

Preliminary Injunction filed in *Jerome Ta'Afulisia, et.al. v. Washington State DCYF*, Thurston County Superior Court Case No. 22-2-02974-34.

5.    Attached as Exhibit D is a true and correct copy of the Order Granting Petitioners' Motion for Preliminary Injunction in *Jerome Ta'Afulisia, et.al. v. Washington State DCYF*, Thurston County Superior Court Case No. 22-2-02974-34.

6.    Attached as Exhibit E is a true and correct copy of the original Settlement Agreement in *Jerome Ta'Afulisia, et.al. v. Washington State DCYF*, Thurston County Superior Court Case No. 22-2-02974-34. This Settlement Agreement was submitted to the Thurston County Superior Court on October 25, 2023.

7.    Attached as Exhibit F is a true and correct copy of the Commissioner's Ruling Denying Emergency Motion for Stay in *Jerome Ta'Afulisia, et.al. v. Washington State DCYF and Ross Hunter*, Case No. 58909-2-II in Division II of the Washington State Court of Appeals. This ruling was issued July 31, 2024.

8.    Attached as Exhibit G is a true and correct copy of the Motion for Discretionary Review filed by Attorney General's Office in *Jerome Ta'Afulisia, et.al. v. Washington State DCYF and Ross Hunter*, Case No. 58909-2-II in Division II of the Washington State Court of Appeals.

9.    Attached as Exhibit H is a true and correct copy of the Commissioner's Ruling Denying Discretionary Review in *Jerome Ta'Afulisia, et.al. v. Washington State DCYF and Ross Hunter*, Case No. 58909-2-II in Division II of the Washington State Court of Appeals. This ruling was issued October 18, 2024.

10.    Attached as Exhibit I is a true and correct copy of the Amended Settlement Agreement in *Jerome Ta'Afulisia, et.al. v. Washington State DCYF*, Thurston County Superior Court Case No. 22-2-02974-34. This Amended Settlement Agreement was approved by the Thurston County Superior Court on September 26, 2025.

11.    Attached as Exhibit J is a true and correct copy of a Letter from the

DECLARATION OF DANIELLE ROGOWSKI IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS - 2
3:25-cv-05743-JLR-TL
1039-00081/795396

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

Washington Association of Sheriffs & Police Chiefs dated July 6, 2024.[1]

12.    Attached as Exhibit K is a true and correct copy of a Letter from the Washington State Superior Court Judges' Association dated July 12, 2024.

13.    Attached as Exhibit L is a true and correct copy of the Complaint for Declaratory Judgment and Injunctive Relief filed in *Pierce County, et.al, v. Washington State DCYF*, filed on July 31, 2024 in King County Superior Court.

DATED:  April 16, 2026

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Danielle M. Rogowski*
Danielle M. Rogowski, WSBA #51548
Richard B. Jolley, WSBA # 23473
Jeremy W. Culumber, WSBA # 35423
Special Assistant Attorneys General for Defendants

1201 Third Avenue, Suite 1580
Seattle, Washington 98101
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: drogowski@kbmlawyers.com

---

[1] Exhibits J and K are Letters that were filed as Exhibits in a 183 page "Appendix to Respondent's Reply Regarding Motion to Show Cause and for Imposition of Sanctions" in *State of Washington v. K'Andre Battle*, King County Superior Court Juvenile Division Case No. 20-8-00596-9. The entire document can be provided upon request.

DECLARATION OF DANIELLE ROGOWSKI IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS - 3
3:25-cv-05743-JLR-TL
1039-00081/795396

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**
Darrell L. Cochran, WSBA No. 22851
Patrick A. Brown, WSBA No. 56627
PFAU COCHRAN VERTETIS AMALA PLLC
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799
Email: darrell@pcvalaw.com; pbrown@pcvalaw.com
khedger@pcvalaw.com; kmoore@pcvalaw.com
MHetlage@pcvalaw.com; broebuck@pcvalaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  N/A.

DATED:  April 16, 2026

/s/ Teresa A. Caceres
Teresa A. Caceres, Legal Assistant
Email:  tcaceres@kbmlawyers.com

DECLARATION OF DANIELLE ROGOWSKI IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS - 4
3:25-cv-05743-JLR-TL
1039-00081/795396

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423